Form a0ntcsch
(Rev. 6/18)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202−4133**

In Re:  Ryan Anthony Preston Todd                              Case No.: 1:23−bk−11308

      Debtor(s)                                                                Chapter:  7

SSN/TAX ID:
    xxx−xx−5348                                                               Judge:  Beth A. Buchanan

**ORDER REGARDING DEFICIENT FILING BY INDIVIDUAL DEBTOR**
**AND SETTING FOURTEEN (14) DAY DEADLINE FOR COMPLIANCE; AND**
**NOTICE OF IMMINENT DISMISSAL OF CASE**

The above−captioned bankruptcy case was filed without certain forms required by the Bankruptcy Code and/or Federal and Local Rules of Bankruptcy Procedure. See 11 U.S.C. §§ 109(h), 342(b), 521(a)(1); Federal Rules of Bankruptcy Procedure 1007 and 2016; and Local Bankruptcy Rules 1007−1, 1007−2, 1015−2 and 2016−1(b)(1). Most required official and local forms are available on the court's website (www.ohsb.uscourts.gov), under the tab "Rules & Forms." The following required forms are missing and must be filed **within fourteen (14) days of the petition filing date:**

I. Forms required by 11 U.S.C. § 521(a)(1);

☐  Attorney's certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)

☐  Signature of debtor and certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)

☑  Schedule A/B − Property (Official Form 106A/B)

☑  Schedule D − Creditors Who Have Claims Secured by Property (Official Form 106D)

☑  Schedule E/F − Creditors Who Have Unsecured Claims (Official Form 106E/F)

☑  Schedule I − Your Income; must include an answer to Question 13 (Official Form 106I)

☑  Schedule J − Your Expenses; must include an answer to Question 24 (Official Form 106J)

☐  Schedule J−2 − Expenses for Separate Household of Debtor 2 (Official form 106J−2)

☑  Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)

☑  Chapter 7 Statement of Your Current Monthly Income (Official Form 122A−1)

☐  Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

II. Other required forms:

☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Debtor (Official Form 101, Part 5)

☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Joint Debtor (Official Form 101, Part 5)

☐ Certificate of Credit Counseling – Debtor (certificate is provided by credit counseling agency)

☐ Certificate of Credit Counseling – Joint Debtor (certificate is provided by credit counseling agency)

☐ Certification of exigent circumstances under 11 US.C. § 109(h)(3) (separate sheet attached to Official Form 101)

☐ Motion for waiver of credit counseling requirement under 11 U.S.C. § 109(h)(4) (separate motion)

☑ Schedule C – The Property You Claim as Exempt (Official Form 106C)

☑ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)

☑ Schedule H – Your Codebtors (Official Form 106H)

☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)

☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

☐ Chapter 7 Means Test Calculation (Official Form 122A–2)

☑ Chapter 7 Attorney Compensation Disclosure Statement (11 U.S.C. § 329; optional Director's Form B2030)

☑ Statement of Related Cases (Local Bankruptcy Rule Form 1015–2)

☐ Statement About Your Social Security Numbers (Official Form 121)

☑ Verification of List of Creditors (Local Bankruptcy Rule 1007–2; available on the court's website at (www.ohsb.uscourts.gov/pdf–writable–forms)

**THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE IF THE DEBTOR(S) FAILS TO COMPLY WITH THIS ORDER.**

**PURSUANT TO BANKRUPTCY RULE 2002(a)(4), CREDITORS AND PARTIES IN INTEREST SHALL HAVE TWENTY–ONE (21) DAYS FROM THE ENTRY DATE OF THIS ORDER TO FILE AN OBJECTION TO THE DISMISSAL OF THIS CASE.**

**SO ORDERED.**

Dated: July 14, 2023

/s/ Beth A. Buchanan

Beth A. Buchanan
United States Bankruptcy Judge