## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION OF CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-11308 |
| | : | |
| RYAN ANTHONY PRESTON TODD | : | CHAPTER 7 |
| | : | |
| | : | JUDGE BETH A BUCHANAN |
| DEBTOR. | : | |

### COMBINED SECOND MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND MOTION TO CONTINUE THE 341 MEETING OF CREDITORS TO BE HELD IN PERSON OR VIA VIDEO CONFERENCE

### PLEASE READ THIS NOTICE CAREFULLY

**You are hereby notified** that the Debtor has filed papers with the Court requesting an Order granting the Debtor's Motion, Application or Objection (hereinafter called the "Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Trustee's Motion, then on or before Twenty-One (21) days after the Date of Issuance set forth below (the "Deadline"), you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

 The Clerk of Court's address is: U.S. Bankruptcy Court Clerk's Office, 221 East Fourth Street, Ste. 800, Cincinnati, OH 45202-4133.

 Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the Deadline.

You must also provide a copy of your response via mail to Patricia J. Friesinger, Esq., Coolidge Wall Co., L.P.A., 33 West First Street, Dayton, Ohio 45402, Elliott Polaniecki, Chapter 7 Trustee, PO Box 42341, Cincinnati, OH 45242 or through the Court's ECF system.

| | |
|---|---|
| 08/01/2023 | */s/ Patricia J. Friesinger* |
| _____ | _____ |
| Date of Issuance | Patricia J. Friesinger |

## MOTION

**NOW COMES** Debtor Ryan Anthony Preston Todd (hereinafter "Debtor") by and through counsel, and hereby requests additional time to file the remaining required paperwork in this case to **September 1, 2023** and to continue the scheduled 341 Meeting of Creditors to a date to be determined by the Chapter 7 Trustee's availability after September 1, 2023 and for such meeting to be held either in person or via video conference, in accordance with the Trustee's preference.

Respectfully submitted,

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger (00072807)
33 W. First Street, Suite 200
Dayton, OH 45402
Tel: (937) 449-5776  Fax: (937) 223-6705
E-Mail: trustee@coollaw.com
*Chapter 7 Trustee*

## MEMORANDUM

1. The Debtor filed his case on July 13, 2023, and was initially given 14 days, up to and including July 27, 2023, to file the remaining paperwork with the Court, which was additionally extended to August 1, 2023, per the *Order Granting Motion to Extend Time to File the Remaining Documents; Schedules and Statement of Financial Affairs [Doc. 11]* [Doc. 12] entered herein on July 28, 2023.

2. The Court set the 341 Meeting of Creditors for August 8, 2023. The initial extension sought and obtained was a relatively short extension to permit filing of the remaining paperwork in advance of the scheduled 341 Meeting of Creditors. Counsel for the Debtor, at the time of requesting the initial extension, failed to recognize that she was unavailable to attend the 341 Meeting on August 8th due to a conflicting family vacation.

   3. The Debtor is still recovering from a traumatic brain injury and has difficulty processing deadlines and assisting in providing the disclosure needed to prepare the remaining schedules and statement of financial affairs. Debtor's counsel has had more difficulty than initially anticipated in obtaining the required disclosures from the Debtor to permit preparation of the remaining bankruptcy documents and provision of the documents required to be produced pursuant to LBR 4002-1. As such, the Debtor requires additional time to permit completion of the bankruptcy paperwork, which should be in place before any 341 Meeting of Creditors is held.

   4. In discussions between the Debtor and Debtor's counsel, it is clear that the Debtor is able to process information, albeit through a more cumbersome process than is typical. As such, Debtor's counsel has recommended that the 341 Meeting should be held either in person or via video conference. Debtor's counsel is attempting to coordinate with the Trustee for the continuance of the scheduled 341 Meeting of Creditors and will cooperate with the Trustee in rescheduling it for an in-person or Zoom meeting due to the Debtor's difficulty in forming answers and the extended time it requires for the Debtor to provide those answers.

   **WHEREFORE**, the Debtor respectfully requests an extension to complete the filing of the Schedules and Statement of Financial Affairs, up to and including **September 1, 2023** and a continuance of the 341 Meeting of Creditors until a later date, in accordance with the Trustee's availability and to be held either in person or via video conference.

           Respectfully submitted,

           */s/ Patricia J. Friesinger*

           _____
           Patricia J. Friesinger (00072807)
           33 W. First Street, Suite 200
           Dayton, OH 45402
           Tel: (937) 449-5776  Fax: (937) 223-6705
           E-Mail: friesinger@coollaw.com
           *Counsel for Debtor*

### **CERTIFICATE OF SERVICE**

I hereby certify that on the date of filing, a true and correct copy of the foregoing **SECOND MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND MOTION TO CONTINUE THE 341 MEETING OF CREDITORS** was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- Asst us trustee (cin)    ustpregion09.ci.ecf@usdoj.gov
- Patricia J Friesinger    friesinger@coollaw.com, trustee@coollaw.com
- Elliott Polaniecki    elliottp@cinci.rr.com, epolaniecki@ecf.axosfs.com

Via regular U.S. Mail, postage prepaid, to the parties in interest on the attached Matrix and listed below on the date of filing.

Ryan Anthony Preston Todd
8120 State Route 28
Leesburg, OH 45135

Bridgecrest Acceptance Corporation
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger

```
Label Matrix for local noticing          AT&T                                    Air Methods Corporation
0648-1                                    PO Box 537104                          5500 S Quebec St
Case 1:23-bk-11308                        Atlanta, GA 30353-7104                 Suite 300
Southern District of Ohio                                                        Englewood, CO 80111-1926
Cincinnati
Wed Jul 26 11:58:11 EDT 2023

Asst US Trustee (Cin)                     Bridgecrest Acceptance Corporation     Butler County Common Pleas Court
Office of the US Trustee                  AIS Portfolio Services, LLC            315 High Street
J.W. Peck Federal Building                4515 N Santa Fe Ave. Dept. APS         Hamilton, OH 45011-6085
550 Main Street, Suite 4-812              Oklahoma City, OK 73118-7901
Cincinnati, OH 45202-5212


Carvana                                   Emergency Medicine Specia              Erie Construction Mid-West, LLC
1930 W Rio Salado Pkwy                    3131 Newmark Dr.                       3520 Sudachi Drive
Tempe, AZ 85281-2361                      #210                                   Dayton, OH 45414-2435
                                          Miamisburg, OH 45342-5400



Patricia J Friesinger                     Highland County Common Pleas           I C Systems
Coolidge Wall Co., L.P.A.                 105 N High St                          PO Box 64378
33 West First Street, Suite 600           Hillsboro, OH 45133-1076               Saint Paul, MN 55164-0378
Dayton, OH 45402-1289



Internal Revenue Services                 James O'Neil                           Jessica L Todd
PO Box 7346                               8671 Hawthorne Place                   8120 State Route 28
Philadelphia, PA 19101-7346               Springboro, OH 45066-9684              Leesburg, OH 45135-9357



Jessica Todd                              Joseph Sprafka                         Kemp, Schaeffer & Rowe Co., L.P.A
8120 State Route 28                       455 Delta Ave.                         88 W Mound St
Leesburg, OH 45135-9357                   Suite 108                              Columbus, OH 43215-5084
                                          Cincinnati, OH 45226-1170



Kettering Health Network                  Kettering Network Radiolo              Matthew Chasar
PO Box 182041                             3451 Newmark Dr.                       455 Delta Ave.
Columbus, OH 43218-2041                   Miamisburg, OH 45342-5426              Suite 108
                                                                                 Cincinnati, OH 45226-1170



Miami Valley Hospital                     Morris Home Furniture                  Ohio Attorney General
PO Box 713072                             2377 Commerce Center Blvd              Collections Enforce. Sec. Attn: Bankr.
Columbus, OH 43271-3072                   Fairborn, OH 45324-6378                30 East Broad St., 14th Floor
                                                                                 Columbus, OH 43215-3414



Ohio Department of Taxation               Elliott Polaniecki                     Progressive Leasing
PO Box 530                                P O Box 42341                          5651 W Talavi Blvd
Columbus, OH 43216-0530                   Cincinnati, OH 45242-0341              Glendale, AZ 85306-1875



Radiology Physicians Inc.                 Springfield Regional                   Steve Robertson Trucking LLC
One Wyoming St.                           100 Medical Center Dr.                 3191 Millville Shandon Rd
Dayton, OH 45409-2722                     Springfield, OH 45504-2687             Hamilton, OH 45013-9221
```

| | | |
|---|---|---|
| Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Ryan Anthony Preston Todd<br>8120 State Route 28<br>Leesburg, OH 45135-9357 | Transworld Systems Inc<br>500 Virginia Dr. Ste. 514<br>Fort Washington, PA 19034-2733 |
| U.S. Small Business Administration<br>10737 Gateway West #320<br>El Paso, TX 79935-4910 | United Resource Systems<br>3501 S. Teller St<br>Denver, CO 80235-2011 | VT Freedom Truck Finance<br>12221 Merit Drive, Ste. 1175<br>Dallas, TX 75251-2342 |

(p)WRIGHT PATT CREDIT UNION
3560 PENTAGON BLVD
BEAVERCREEK OH 45431-2779

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wright Patt Credit Union
PO Box 286
Fairborn, OH 45324-0286

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alliance Physicians Speci | (u)Emergency Medicine Physic | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    2<br>Total                 38 |