**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION OF CINCINNATI**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-11308 |
| | : | |
| RYAN ANTHONY PRESTON TODD | : | CHAPTER 7 |
| | : | |
| | : | JUDGE BETH A BUCHANAN |
| DEBTOR. | : | |

## MOTION OF PATRICIA J. FRIESINGER OF COOLIDGE WALL CO., L.P.A. TO WITHDRAW AS COUNSEL FOR DEBTOR RYAN ANTHONY PRESTON TODD COMBINED WITH NOTICE HEREOF

## PLEASE READ THIS NOTICE CAREFULLY

**You are hereby notified** that the Debtor has filed papers with the Court requesting an Order granting the Debtor's Motion, Application or Objection (hereinafter called the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Trustee's Motion, then on or before Twenty-One (21) days after the Date of Issuance set forth below (the "Deadline"), you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

> The Clerk of Court's address is:  U.S. Bankruptcy Court Clerk's Office, 221 East Fourth Street, Ste. 800, Cincinnati, OH 45202-4133.
>
> Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website:  http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the Deadline.

You must also provide a copy of your response via mail to Patricia J. Friesinger, Esq., Coolidge Wall Co., L.P.A., 33 West First Street, Dayton, Ohio 45402, Elliott Polaniecki, Chapter 7 Trustee, PO Box 42341, Cincinnati, OH 45242 or through the Court's ECF system.

| | |
|---|---|
| August 7, 2023 | */s/ Patricia J. Friesinger* |
| _____ | _____ |
| Date of Issuance | Patricia J. Friesinger |

## **MOTION**

**NOW COMES** Patricia J. Friesinger of Coolidge Wall Co., L.P.A. ("Counsel"), and respectfully moves this Court for leave to withdraw as counsel of record for Debtor Ryan Anthony Preston Todd (the "Debtor").

Based on grounds contained in Rule 1.16 of the *Ohio Rules of Professional Conduct*, Counsel respectfully requests this honorable Court grant leave for Counsel to withdraw as counsel for the Debtor. Counsel has provided the Debtor with reasonable warning that Counsel would be seeking to withdraw. Further, Counsel has filed a motion to extend and continue all matters that would otherwise come due in the near term to protect the Debtor's interests and provide sufficient time for the Debtor to obtain replacement counsel.

**WHEREFORE**, Counsel respectfully respects that she be allowed to withdraw as Counsel for the Debtor.

Respectfully submitted,

*/s/ Patricia J. Friesinger*

Patricia J. Friesinger (00072807)
33 W. First Street, Suite 200
Dayton, OH 45402
Tel: (937) 449-5776  Fax: (937) 223-6705
E-Mail: trustee@coollaw.com
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date of filing, a true and correct copy of the foregoing **MOTION OF PATRICIA J. FRIESINGER OF COOLIDGE WALL CO., L.P.A. TO WITHDRAW AS COUNSEL FOR DEBTOR RYAN ANTHONY PRESTON TODD COMBINED WITH NOTICE HEREOF** was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- Asst us trustee (cin)    ustpregion09.ci.ecf@usdoj.gov
- Patricia J Friesinger    friesinger@coollaw.com, trustee@coollaw.com
- Elliott Polaniecki    elliottp@cinci.rr.com, epolaniecki@ecf.axosfs.com

Via regular U.S. Mail, postage prepaid, to the parties in interest on the attached Matrix and listed below on the date of filing.

    Ryan Anthony Preston Todd
    8120 State Route 28
    Leesburg, OH 45135

    Bridgecrest Acceptance Corporation
    AIS Portfolio Services, LLC
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

                                                  */s/ Patricia J. Friesinger*
                                                  _____
                                                  Patricia J. Friesinger

```
Label Matrix for local noticing          AT&T                                    Air Methods Corporation
0648-1                                   PO Box 537104                           5500 S Quebec St
Case 1:23-bk-11308                       Atlanta, GA 30353-7104                  Suite 300
Southern District of Ohio                                                        Englewood, CO 80111-1926
Cincinnati
Wed Jul 26 11:58:11 EDT 2023

Asst US Trustee (Cin)                    Bridgecrest Acceptance Corporation      Butler County Common Pleas Court
Office of the US Trustee                 AIS Portfolio Services, LLC             315 High Street
J.W. Peck Federal Building               4515 N Santa Fe Ave. Dept. APS          Hamilton, OH 45011-6085
550 Main Street, Suite 4-812             Oklahoma City, OK 73118-7901
Cincinnati, OH 45202-5212

Carvana                                  Emergency Medicine Specia               Erie Construction Mid-West, LLC
1930 W Rio Salado Pkwy                   3131 Newmark Dr.                        3520 Sudachi Drive
Tempe, AZ 85281-2361                     #210                                    Dayton, OH 45414-2435
                                         Miamisburg, OH 45342-5400

Patricia J Friesinger                    Highland County Common Pleas            I C Systems
Coolidge Wall Co., L.P.A.                105 N High St                           PO Box 64378
33 West First Street, Suite 600          Hillsboro, OH 45133-1076                Saint Paul, MN 55164-0378
Dayton, OH 45402-1289

Internal Revenue Services                James O'Neil                            Jessica L Todd
PO Box 7346                              8671 Hawthorne Place                    8120 State Route 28
Philadelphia, PA 19101-7346              Springboro, OH 45066-9684               Leesburg, OH 45135-9357

Jessica Todd                             Joseph Sprafka                          Kemp, Schaeffer & Rowe Co., L.P.A
8120 State Route 28                      455 Delta Ave.                          88 W Mound St
Leesburg, OH 45135-9357                  Suite 108                               Columbus, OH 43215-5084
                                         Cincinnati, OH 45226-1170

Kettering Health Network                 Kettering Network Radiolo               Matthew Chasar
PO Box 182041                            3451 Newmark Dr.                        455 Delta Ave.
Columbus, OH 43218-2041                  Miamisburg, OH 45342-5426               Suite 108
                                                                                 Cincinnati, OH 45226-1170

Miami Valley Hospital                    Morris Home Furniture                   Ohio Attorney General
PO Box 713072                            2377 Commerce Center Blvd               Collections Enforce. Sec. Attn: Bankr.
Columbus, OH 43271-3072                  Fairborn, OH 45324-6378                 30 East Broad St., 14th Floor
                                                                                 Columbus, OH 43215-3414

Ohio Department of Taxation              Elliott Polaniecki                      Progressive Leasing
PO Box 530                               P O Box 42341                           5651 W Talavi Blvd
Columbus, OH 43216-0530                  Cincinnati, OH 45242-0341               Glendale, AZ 85306-1875

Radiology Physicians Inc.                Springfield Regional                    Steve Robertson Trucking LLC
One Wyoming St.                          100 Medical Center Dr.                  3191 Millville Shandon Rd
Dayton, OH 45409-2722                    Springfield, OH 45504-2687              Hamilton, OH 45013-9221
```

```
Synchrony Bank                          Ryan Anthony Preston Todd               Transworld Systems Inc
PO Box 960061                           8120 State Route 28                     500 Virginia Dr. Ste. 514
Orlando, FL 32896-0061                  Leesburg, OH 45135-9357                 Fort Washington, PA 19034-2733


U.S. Small Business Administration      United Resource Systems                 VT Freedom Truck Finance
10737 Gateway West #320                 3501 S. Teller St                       12221 Merit Drive, Ste. 1175
El Paso, TX 79935-4910                  Denver, CO 80235-2011                   Dallas, TX 75251-2342


(p)WRIGHT PATT CREDIT UNION
3560 PENTAGON BLVD
BEAVERCREEK OH 45431-2779
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Wright Patt Credit Union
PO Box 286
Fairborn, OH 45324-0286
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alliance Physicians Speci            (u)Emergency Medicine Physic            End of Label Matrix
                                                                                Mailable recipients    36
                                                                                Bypassed recipients     2
                                                                                Total                  38
```