**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION OF CINCINNATI**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-11308 |
| | : | |
| RYAN ANTHONY PRESTON TODD | : | CHAPTER 7 |
| | : | |
| | : | JUDGE BETH A BUCHANAN |
| DEBTOR. | : | |

**THIRD MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, COMBINED WITH NOTICE HEREOF**

**PLEASE READ THIS NOTICE CAREFULLY**

**You are hereby notified** that the Debtor has filed papers with the Court requesting an Order granting the Debtor's Motion, Application or Objection (hereinafter called the "Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Trustee's Motion, <u>then on or before Twenty-One (21) days after the Date of Issuance set forth below</u> (the "Deadline"), you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerk's Office, 221 East Fourth Street, Ste. 800, Cincinnati, OH 45202-4133.

    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the Deadline.

You must also provide a copy of your response via mail to Patricia J. Friesinger, Esq., Coolidge Wall Co., L.P.A., 33 West First Street, Dayton, Ohio 45402, Elliott Polaniecki, Chapter 7 Trustee, PO Box 42341, Cincinnati, OH 45242 or through the Court's ECF system.

| | |
|---|---|
| 09/01/2023 | */s/ Patricia J. Friesinger* |
| _____ | _____ |
| Date of Issuance | Patricia J. Friesinger |

## MOTION

**NOW COMES** Debtor Ryan Anthony Preston Todd (hereinafter "Debtor") by and through counsel, and hereby requests additional time to file the remaining required paperwork in this case to **September 8, 2023** in advance of the 341 Meeting of Creditors scheduled for September 12, 2023 and for such meeting to be held either in person or via video conference, in accordance with the Trustee's preference.

Respectfully submitted,

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger (00072807)
33 W. First Street, Suite 200
Dayton, OH 45402
Tel: (937) 449-5776  Fax: (937) 223-6705
E-Mail: trustee@coollaw.com
*Chapter 7 Trustee*

## MEMORANDUM

1. The Debtor filed his case on July 13, 2023, and was initially given 14 days, up to and including July 27, 2023, to file the remaining paperwork with the Court, which was additionally extended to August 1, 2023 and again to September 1, 2023.

2. The Court set the 341 Meeting of Creditors for August 8, 2023. The initial extension sought and obtained was a relatively short extension to permit filing of the remaining paperwork in advance of the scheduled 341 Meeting of Creditors. Counsel for the Debtor, at the time of requesting the initial extension, failed to recognize that she was unavailable to attend the 341 Meeting on August 8th due to a conflicting family vacation.

3. The second extension was due to the Debtor recovering from a traumatic brain injury and has difficulty processing deadlines and assisting in providing the disclosure needed to

prepare the remaining schedules and statement of financial affairs. Debtor's counsel has had more difficulty than initially anticipated in obtaining the required disclosures from the Debtor to permit preparation of the remaining bankruptcy documents and provision of the documents required to be produced pursuant to LBR 4002-1. As such, the Debtor requires additional time to permit completion of the bankruptcy paperwork, which should be in place before any 341 Meeting of Creditors is held.

4. Debtor's counsel filed *Motion of Patricia J. Friesinger of Coolidge Wall Co., L.P.A. to Withdraw as Counsel for Debtor Ryan Anthony Preston Todd, Combined with Notice Hereof* [Doc. 15] ("Counsel Motion") filed herein on August 7, 2023.

5. Debtor's counsel anticipates approval of the Counsel Motion, but is unable at this time to file the required paperwork in this case. Since the 341 meeting has been continued to September 12, 2023, this further extension is being requested to attempt to provide additional opportunity for the Debtor to either complete and file his schedules and statement of financial affairs on his own or to hire replacement counsel and to avoid harm to the Debtor that may otherwise result from the withdrawal of counsel.

**WHEREFORE**, the Debtor respectfully requests an extension to complete the filing of the Schedules and Statement of Financial Affairs, up to and including **September 8, 2023** to allow the Debtor to seek alternative counsel or file the necessary paper work *pro se*.

Respectfully submitted,

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger (00072807)
33 W. First Street, Suite 200
Dayton, OH 45402
Tel: (937) 449-5776  Fax: (937) 223-6705
E-Mail: friesinger@coollaw.com
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date of filing, a true and correct copy of the foregoing **THIRD MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS: SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, COMBINED WITH NOTICE HEREOF** was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- Asst us trustee (cin)     ustpregion09.ci.ecf@usdoj.gov
- Patricia J Friesinger     friesinger@coollaw.com, trustee@coollaw.com
- Elliott Polaniecki     elliottp@cinci.rr.com, epolaniecki@ecf.axosfs.com

Via regular U.S. Mail, postage prepaid, to the parties in interest on the attached Matrix and listed below on the date of filing.

Ryan Anthony Preston Todd
8120 State Route 28
Leesburg, OH 45135

Bridgecrest Acceptance Corporation
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger