**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Dated: September 5, 2023



Beth A. Buchanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION OF CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-11308 |
| | : | |
| RYAN ANTHONY PRESTON TODD | : | CHAPTER 7 |
| | : | |
| | : | JUDGE BETH A BUCHANAN |
| DEBTOR. | : | |
| | : | |

### ORDER GRANTING COMBINED SECOND MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS; SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND MOTION TO CONTINUE THE 341 MEETING OF CREDITORS TO BE HELD IN PERSON OR VIA VIDEO CONFERENCE [DOC. 14]

**THIS MATTER** is before the Court pursuant to the Debtor's *Combined Second Motion to Extend Time to File the Remaining Documents: Schedules and Statement of Financial Affairs and Motion to Continue the 341 Meeting of Creditors to be Held in Person or Via Video Conference* filed herein on August 1, 2023 [Doc. 14] (the "Motion"). The Court hereby finds that the Motion was served on all creditors and parties in interest and that no objections to the Motion were filed. As such, and for good cause shown, it is hereby, **ORDERED, ADJUDGED AND DECREED** that Debtor, herein be and hereby is granted an extension of time in which to file the remaining

documents, including the Schedules and Statement of Financial Affairs.  The extension deadline is September 1, 2023.

The 341 Meeting date has been continued to **September 12, 2023 at 9:30 AM via Zoom** by adjournment filed by the Chapter 7 Trustee appointed in this case.

**SO ORDERED.**

Cc: Default List