**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Dated: September 5, 2023



Beth A. Buchanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION OF CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-11308 |
| | : | |
| RYAN ANTHONY PRESTON TODD | : | CHAPTER 7 |
| | : | |
| | : | JUDGE BETH A BUCHANAN |
| DEBTOR. | : | |
| | : | |

**ORDER GRANTING MOTION OF PATRICIA J. FRISINGER OF COOLIDGE WALL CO., L.P.A. TO WITHDRAW AS COUNSEL FOR DEBTOR RYAN ANTHONY PRESTON TODD [DOC. 15]**

**THIS MATTER** is before the Court pursuant to the *Motion of Patricia J. Friesinger of Coolidge Wall Co., L.P.A. to Withdraw as Counsel for Debtor Ryan Anthony Preston Todd, Combined with Notice Hereof* filed herein on August 7, 2023 [Doc. 15] (the "Motion"). The Court finds that the Motion was properly served on all creditors and parties in interest, including Ryan Anthony Preston Todd (the "Debtor") and that no response to the Motion was filed by any party. As such, and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that Patricia J. Friesinger of Coolidge Wall Co, L.P.A. is hereby granted leave to withdraw as counsel for

1

the Debtor and is released as counsel of record for this matter.

**SO ORDERED.** Cc: Default List

Plus: Patricia J. Friesinger