This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 5, 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION OF CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-11308 |
| | : | |
| RYAN ANTHONY PRESTON TODD | : | CHAPTER 7 |
| | : | |
| | : | JUDGE BETH A BUCHANAN |
| DEBTOR. | : | |
| | : | |

**ORDER GRANTING COMBINED SECOND MOTION TO EXTEND TIME TO FILE THE REMAINING DOCUMENTS; SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND MOTION TO CONTINUE THE 341 MEETING OF CREDITORS TO BE HELD IN PERSON OR VIA VIDEO CONFERENCE [DOC. 14]**

**THIS MATTER** is before the Court pursuant to the Debtor's *Combined Second Motion to Extend Time to File the Remaining Documents: Schedules and Statement of Financial Affairs and Motion to Continue the 341 Meeting of Creditors to be Held in Person or Via Video Conference* filed herein on August 1, 2023 [Doc. 14] (the "Motion"). The Court hereby finds that the Motion was served on all creditors and parties in interest and that no objections to the Motion were filed. As such, and for good cause shown, it is hereby, **ORDERED, ADJUDGED AND DECREED** that Debtor, herein be and hereby is granted an extension of time in which to file the remaining

1

documents, including the Schedules and Statement of Financial Affairs. The extension deadline is September 1, 2023.

The 341 Meeting date has been continued to **September 12, 2023 at 9:30 AM via Zoom** by adjournment filed by the Chapter 7 Trustee appointed in this case.

**SO ORDERED.**

Cc: Default List

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-11308-bab |
| Ryan Anthony Preston Todd | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 1 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ryan Anthony Preston Todd, 8120 State Route 28, Leesburg, OH 45135-9357 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 08, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Donald W Harper, II | on behalf of Creditor Sinclair Community College bankruptcy@delevlaw.com |
| Elliott Polaniecki | elliottp@cinci.rr.com  epolaniecki@ecf.axosfs.com |
| Patricia J Friesinger | on behalf of Debtor Ryan Anthony Preston Todd friesinger@coollaw.com  trustee@coollaw.com |

TOTAL: 4